# SUPREME COURT OF HAWAI'I

Kaleikini v. Yoshioka . . . . . . . . . . . . . SCAP–11–00 00611     09/27/2012   Denied     128 Hawai'i 53, 283 P.3d 60